# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| ROBERT GOMES, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware corporation and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-03177-AB(KKx)<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION OF DISMISSAL**<br><br>Complaint Filed: March 15, 2023<br>Removal Filed: April 27, 2023<br>Trial Date: None Set |

Pursuant to the parties' stipulation under Federal Rule of Civil Procedure 41(a)(1)(ii), this action is **DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

　　IT IS SO ORDERED.

Dated: November 14, 2023

_____
Andre Birotte Jr.
UNITED STATES DISTRICT COURT